IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY GUARDIAN COMPANY INC., | |
| Plaintiff, | No. C 09-03833 JSW |
| v. | |
| VILLAGE VOICE MEDIA LLC, ET AL., | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO REMAND** |
| Defendants. | |

This matter is set for a hearing on October 9, 2009 on Plaintiff's motion to remand. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than September 18, 2009 and a reply brief shall be filed by no later than September 25, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 4, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE