1  Susan G. Boswell, Esq. (AZ Bar #04791)
   QUARLES & BRADY LLP
2  One South Church Avenue, Suite 1700
3  Tucson, Arizona 85701
   (520) 770-8713
4  Susan.boswell@quarles.com
   *Appearing pro hac vice*
5
6  Randall S. Farrimond, Esq. (CSB #095281)
   FARRIMOND LAW OFFICES,
   a Professional Corporation
7  44 Montgomery Street, Suite 3850
   San Francisco, CA 94104
8  Telephone: 415-362-4900
   Facsimile: 415-362-4901
9  rfarrimond@farrimondlaw.com

10 Attorneys for Defendants
   VILLAGE VOICE MEDIA LLC AND
11 VILLAGE VOICE MEDIA HOLDINGS LLC

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  BAY GUARDIAN COMPANY, INC., | Case No. CV-09-3833 JSW |
| 17      Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION TO ENLARGE TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |
| 18  v. | |
| 19  VILLAGE VOICE MEDIA LLC and | |
| 20  VILLAGE VOICE MEDIA HOLDINGS LLC, | |
| 21      Defendants. | DATE: Oct. 9, 2009<br>TIME: 9:00 am<br>DEPT: 11, 19th Fl.<br><br>Hon. Jeffrey S. White |

Case No. CV-09-3833 JSW                                                [PROPOSED] ORDER

1    This matter came before the Court on Defendants' *Ex Parte* Application to Enlarge Time
2  to File Opposition to Plaintiff's Motion to Remand.  Having considered the papers presented, and
3  the record in this case, the Court finds that good cause exists to grant the relief requested by
4  Defendants.  The Court therefore GRANTS Defendants' Application to Enlarge Time.
5  Defendants' Opposition to Plaintiff's Motion to Remand is due on or before ~~October 9, 2009~~ September 25, 2009.
6  Plaintiff's Reply is due on or before ~~October 16, 2009,~~ October 9, 2009 and the date for hearing this Motion for
7  Remand is continued to ~~October 30, 2009~~. November 13, 2009.
8    IT IS SO ORDERED.

10  DATED: September __18__, 2009    _____
11                                   THE HONORABLE JEFFREY S. WHITE
                                     United States District Court

– 1 –

Case No. CV-09-3833 JSW                                    ~~[PROPOSED]~~ ORDER