IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY GUARDIAN COMPANY INC.,

    Plaintiff,

v.

VILLAGE VOICE MEDIA LLC, ET AL.,

    Defendants.
                                       /

No. C 09-03833 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS AND CONTINUING HEARINGS**

This matter is currently set for a hearing on November 13, 2009 on Plaintiff's motion to remand. The briefing on that motion is complete. The court has now received Defendants' motion to dismiss. However, due to the Court's calendar, the hearing date of November 13, 2009 is now unavailable. Therefore, the Court CONTINUES the hearing on both motions to December 18, 2009 at 9:00 a.m. The Court HEREBY ORDERS that an opposition to the motion to dismiss shall be filed by no later than October 27, 2009 and a reply brief shall be filed by no later than November 3, 2009.

If the Court determines that the matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 13, 2009

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE