Ralph C. Alldredge (State Bar No. 043947
PO Box 866
San Andreas, CA  95249
Tel.: (415) 730-2581
Fax (415) 789-4123
alldredgelaw@gmail.com

E. Craig Moody (State Bar No. 048358)
56 Post Street, Suite 502
San Francisco, CA  94108
Tel.: (415) 951-9900
Fax: (415) 951-9901
craig@ecraigmoodylaw.com

Richard P. Hill (State Bar No. 050749
140 Geary St., 7th Flr.
San Francisco, CA  94108
Tel.: (415) 956-9034
Fax: (415) 433-9434
rhilllaw@aol.com

Jay D. Adkisson (State Bar No. 249061)
RISER ADKISSON LLP
100 Bayview Circle, Suite 210
Newport Beach, CA  92660
Tel.: (949) 322-5111
Fax: (949) 698-0678
jay@risad.com

Attorneys for plaintiff/creditor
Bay Guardian Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAY GUARDIAN COMPANY, INC.,<br><br>          Plaintiff/Creditor,<br><br>   vs.<br><br>VILLAGE VOICE MEDIA LLC and<br>VILLAGE VOICE MEDIA HOLDINGS LLC<br><br>          Putative Judgment<br>          Debtors.<br><br>AND<br><br>NEW TIMES MEDIA LLC, SF WEEKLY LP,<br>EAST BAY EXPRESS PUBLISHING, LP,<br><br>          Defendants/Debtors | Case No.  CV-09-3833 JSW<br><br>**[PROPOSED]**<br>**ORDER GRANTING STIPULATED**<br>**REQUEST TO RE-SET HEARING ON**<br>**PLAINTIFF'S MOTION TO REMAND**<br>**AND DEFENDANTS' MOTION TO**<br>**DISMISS** |

[PROPOSED] ORDER GRANTING STIP. TO RE-SET HEARING ON MOTION TO REMAND AND MOTION TO DISMISS
*Bay Guardian Co., Inc. v. village Voice Media LLC, et al.* (No. CV-09-3833 JSW)

The Court having considered the stipulated request by the parties to re-set the hearing on plaintiff's motion to remand and defendants' motion to dismiss, it is HEREBY ORDERED THAT THE REQUEST IS GRANTED on the terms set forth in the stipulated request. Plaintiff Bay Guardian has stipulated that it will waive its right to take jurisdictional discovery as to the pending Motion to Dismiss, and the court therefore rescinds its previous order permitting Bay Guardian to conduct such discovery. Hearing on plaintiff's motion to remand and defendants' motion to dismiss will be on January 22, 2010 [December 18, 2009, or the next available date]. Defendant shall file its opposition to the motion to dismiss on or before _____ [October 27, 2009, or such other later date]. Defendants shall file their reply memorandum on or before November 3, 2009 [November 3, 2009, or such other later date].

Dated: October 29, 2009

_____
Jeffrey S. White

1

[PROPOSED] ORDER GRANTING STIP. TO RE-SET HEARING ON MOTION TO REMAND AND MOTION TO DISMISS
*Bay Guardian Co., Inc. v. village Voice Media LLC, et al.* (No. CV-09-3833 JSW)