| | |
|---|---|
| 1 | Susan G. Boswell, Esq. (AZ Bar #04791) |
| 2 | QUARLES & BRADY LLP<br>One South Church Avenue, Suite 1700 |
| 3 | Tucson, Arizona 85701<br>(520) 770-8713 |
| 4 | Susan.boswell@quarles.com |
| 5 | *Appearing pro hac vice* |
| 6 | Randall S. Farrimond, Esq. (CSB #095281)<br>FARRIMOND LAW OFFICES, |
| 7 | a Professional Corporation<br>44 Montgomery Street, Suite 3850 |
| 8 | San Francisco, CA 94104<br>Telephone: 415-362-4900 |
| 9 | Facsimile: 415-362-4901<br>rfarrimond@farrimondlaw.com |
| 10 | Attorneys for Defendants<br>VILLAGE VOICE MEDIA LLC AND |
| 11 | VILLAGE VOICE MEDIA HOLDINGS LLC |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY GUARDIAN COMPANY, INC., | Case No. CV-09-3833 JSW |
| Plaintiff, | **STIPULATION AND [proposed]**<br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE** |
| v. | |
| VILLAGE VOICE MEDIA LLC and<br>VILLAGE VOICE MEDIA HOLDINGS LLC, | DATE: December 11, 2009<br>TIME: 1:30 pm<br>DEPT: 11, 19th Fl. |
| Defendants. | Hon. Jeffrey S. White |

This matter was removed from the California Superior Court on or about August 20, 2009, at which time this Court set a Case Management Conference for December 11, 2009. The plaintiff has since filed a Motion to Remand and the defendants a Motion to Dismiss for Lack of Jurisdiction. Both potentially dispositive motions are set to be heard by this Court on January 22, 2010. No discovery or other matters are currently pending. The parties agree that a Case Management Conference would be premature until after the court rules on the pending motions.

---

Case No. CV-09-3833 JSW                                STIP TO CONTINUE CMC & [PROPOSED] ORDER

1     Therefore the parties hereby stipulate that the Case Management Conference presently

2  scheduled for December 11, 2009, be continued to February 19, 2010, or such later date as may

3  be convenient to the court.

4     SO STIPULATED:

5  Dated this 30th day of November, 2009

       RALPH C. ALLDREDGE
       Attorneys for Plaintiff
       BAY GUARDIAN COMPANY, INC.

Dated this 30th day of November, 2009       FARRIMOND LAW OFFICES,
       a Professional Corporation

       /s/
       RANDALL S. FARRIMOND
       Attorneys for Defendants
       VILLAGE VOICE MEDIA LLC, et al.

## **ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that the Case Management Conference presently scheduled for December 11, 2009, is continued to March 19, 2010 at 1:30 p.m. Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

DATED: December 1, 2009

       /s/ Jeffrey S. White
       THE HONORABLE JEFFREY S. WHITE
       United States District Court

- 2 -
Case No. CV-09-3833 JSW            STIP TO CONTINUE CMC & [PROPOSED] ORDER